UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHREE HARI HOTELS, LLC d/b/a ) | |
| QUALITY INN & SUITES, ) | |
|     *Plaintiff*, ) | |
| ) | 1:11-cv-01324-JMS-DKL |
| *vs.* ) | |
| ) | |
| SOCIETY INSURANCE, ) | |
|     *Defendant.* ) | |

### ORDER

Presently pending before the Court Plaintiff's Motion for Judgment Based on ADR Settlement / Appraisal Award, [dkt. 103], which the Court **DENIES** for the reasons that follow.

### I.
### PROCEDURAL BACKGROUND

Plaintiff Shree Hari Hotels, LLC, ("Shree Hari"), was the insured of Defendant Society Insurance Company, ("Society"), from October 22, 2012 to October 22, 2011, and has brought this matter against Society after an insurance claim it pursued for water damage to its property was allegedly mishandled. [Dkt. 95-1 at 2.] On August 30, 2011, Shree Hari filed its complaint in Howard County Superior Court. [Dkt. 1-1.] On September 29, 2011, Society removed the matter to this Court.

Following stipulations of dismissal to Counts II and IV, as well as a successful motion by Society for partial summary judgment on Count II, all that remained of Shree Hari's initial Complaint was Count I – Breach of Contract Against Society. [*See* dkt. 99 at 7.] On June 21, 2013, Shree Hari filed the presently pending Motion for Judgment based on ADR Settlement / Appraisal Award. [Dkt. 103.] On June 28, 2013, Society filed a Motion to Set Aside Appraisal and Allow Additional Discovery for Consideration of Exclusion of Evidence and Dismissal of Action, [dkt. 106], which was ruled on by Magistrate Judge Larue on July 24, 2013. [Dkt. 116.]

## II.
### DISCUSSION

In support of its Motion for Judgment based on ADR Settlement / Appraisal Award, [dkt. 103], Shree Hari asserts that the appraisal award is the "value of the loss on the covered event of February 13, 2011, and that "all that remains is to enter judgment on the appraisal award." [Dkt. 104 at 3.] In support of its Motion to Set Aside Appraisal, etc., [dkt. 106], Society argued that the appraisal is non-binding and the result of manifest injustice, fraud, collusion, and/or malfeasance and requested to reopen discovery to explore those allegations. [See *id*.]

As Magistrate Judge Larue noted in her Entry / Order on Defendant's Motion to Set Aside Appraisal and Allow Additional Discovery, etc., [dkt. 116], "[b]oth sides apparently misunderstand the nature and effect of the appraisal," [*id*. at 1]. In denying Society's motion, Magistrate Judge Larue correctly explained that "at this point in time, there is nothing to 'set aside' or declare 'not binding,'" [*id*. at 2], because

> [t]he June 5, 2013 appraisal is not an 'award,' despite the unfortunate use of that term on the appraisal form: pursuant to the policy terms, it resolved nothing in this case except loss values. Society retains and may assert its coverage and other defenses respecting causation, failure to mitigate, prior material breaches of the policy, *et cetera*. And it may challenge the appraisal as being the result of fraud, collusion, misfeasance, *et cetera*.

[*Id*.] Within that order, Magistrate Judge Larue also granted an accelerate period of very limited discovery into the appraisal process. [*Id*. at 2-3.]

Accordingly, the Court **DENIES** Shree Hari's Motion for Judgment Based on the ADR Settlement / Appraisal Award, [dkt. 103], and directs the parties to follow the accelerated discovery schedule set forth in Magistrate Judge Larue's order, [dkt. 116].

## IV.
### CONCLUSION

For the reasons stated above, the Court **DENIES** Plaintiff's Motion. [Dkt. 103.] The parties are to proceed in accordance with Magistrate Judge Larue's instructions in Docket 116.

07/31/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only**:

William H. Walden, Jr.
whwatty@sbcglobal.net

Edward D. Thomas
LEWIS WAGNER LLP
ethomas@lewiswagner.com

Ginny L. Peterson
KIGHTLINGER & GRAY
gpeterson@k-glaw.com

John Carl Trimble
LEWIS WAGNER LLP
jtrimble@lewiswagner.com

Kevin G. Kerr
HOEPPNER, WAGNER & EVANS LLP--Merrillville
kkerr@hwelaw.com

Michael Eugene Tolbert
HOEPPNER, WAGNER & EVANS LLP--Merrillville
mtolbert@hwelaw.com

Richard Martin Davis
HOEPPNER WAGNER & EVANS LLP
rdavis@hwelaw.com

Robert M. Baker , IV
LEWIS WAGNER LLP
rbaker@lewiswagner.com

- 4 -

Thomas J. Jarzyniecki , Jr.
KIGHTLINGER & GRAY
tjarzyniecki@k-glaw.com