UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHREE HARI HOTELS, LLC d/b/a QUALITY INN & SUITES,<br>　　*Plaintiff*,<br><br>vs.<br><br>SOCIETY INSURANCE,<br>　　*Defendant*. | )<br>)<br>)<br>)　1:11-cv-01324-JMS-DKL<br>)<br>)<br>)<br>) |

### ORDER

　　Presently pending before the Court is an Agreed Petition for Impartial Interpreters, filed by Plaintiff Shree Hari Hotels, LLC ("Shree Hari") and Defendant Society Insurance ("Society"). [Dkt. 135.] The parties request that the Court "appoint independent, impartial interpreters to provide their services at the trial of this matter in order to provide translation of the trial testimony of Dong Kim, Chandrakant Patel, and Sangita Patel." [*Id.* at 1, ¶ 4.]

　　In a civil case, it is the parties' responsibility to procure impartial interpreters for assistance with witness testimony they will present at trial. *See, e.g., Edilov v. Pratt*, 2009 U.S. Dist. LEXIS 1517, *2 (N.D. Ind. 2009) (motion to appoint interpreter denied because "there is no requirement that the Court provide one for the plaintiff in this civil matter, and Congress did not allocate funds for the payment of interpreters for civil litigants"); *Motto v. City of Union City*, 177 F.R.D. 308, 310 (D. N.J. 1998) (Court Interpreters Act, 28 U.S.C. § 1827, does not require court to provide interpreter to civil litigant where case is not initiated by the United States); *Intermetal Mexicana, S.A. v. Insurance Co. of North America*, 1987 U.S. Dist. LEXIS 154, *1 (E.D. Pa. 1987) ("we see no reason why the parties to [this] action should not bear the burden of researching the availability of interpreters and finding one whose services and requested rate of compensation are mutually satisfactory").

An interpreter is considered an expert under Fed. R. Evid. 702 and, as such, the Court must find the interpreter qualified before he or she may begin testifying. *See also* Fed. R. Evid. 603 ("An interpreter must be qualified and must give an oath or affirmation to make a true translation"). Accordingly, the parties are encouraged to attempt to reach agreement in advance of trial regarding any interpreters' qualifications. The Court notes that the parties can contact Courtroom Deputy Michelle Imel at 317-229-3672 for a list of interpreters.

For the foregoing reasons, the Agreed Petition for Impartial Interpreters, [dkt. 135], is **DENIED**.

08/30/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**